JUSTIN J. BUSTOS (NV Bar No. 10320)
Email: jbustos@dickinsonwright.com
DICKINSON WRIGHT PLLC
100 West Liberty Street, Suite 940
Reno, NV 89501-1991
Telephone: (775) 343-7500
Facsimile: (844) 670-6009

HEIDI L. KEEFE (CA Bar No. 178960) (*Pro Hac Vice Forthcoming*)
Email: hkeefe@cooley.com
MARK R. WEINSTEIN (CA Bar No. 193043) (*Pro Hac Vice Forthcoming*)
Email: mweinstein@cooley.com
LOWELL D. MEAD (CA Bar No. 223989) (*Pro Hac Vice Forthcoming*)
(lmead@cooley.com)
PHILIP H. MAO (CA Bar No. 300711) (*Pro Hac Vice Forthcoming*)
Email: pmao@cooley.com
COOLEY LLP
3175 Hanover Street
Palo Alto, CA 94304-1130
Telephone: (650) 843-5000
Facsimile: (650) 849-7400

*Attorneys for Defendant Facebook, Inc.*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| SILVER STATE INTELLECTUAL TECHNOLOGIES, INC., <br><br> Plaintiff, <br><br> v. <br><br> FACEBOOK, INC., <br><br> Defendant. | Case No. 2:17-cv-643-RFB-PAL <br><br> **STIPULATION TO EXTEND TIME FOR FACEBOOK, INC. TO ANSWER THE COMPLAINT** <br><br> **(FIRST REQUEST)** |

Pursuant to LR IA 6-1, 6-2, and LR 7-1, and the Chamber Practices of The Honorable Richard F. Boulware, II, the parties, by and through their counsel, stipulate and agree that Defendant Facebook, Inc. ("Facebook") shall have up to and including May 15, 2017, to file an Answer or to otherwise respond to Plaintiff Silver State Intellectual Technologies, Inc.'s ("Silver State") Complaint. The deadline for the Answer is currently April 24, 2017, pursuant to the Proof of Service filed on April 12, 2017.

This is the first request for such an extension. Facebook has requested an extension of time

to answer or to otherwise respond to Silver State's Complaint in order to have additional time to investigate the allegations in the Complaint and prepare its filing in response.

Counsel for Facebook and Silver State have conferred regarding this request and Silver State does not oppose the extension.

Therefore, the parties stipulate and agree that the deadline for Facebook to Answer or to otherwise respond to Silver State's Complaint be moved to May 15, 2017.

Dated: April 17, 2017                                    Respectfully submitted,

/s/ Frederick S. Berretta                                /s/ Justin J. Bustos
R. Scott Weide (NV Bar No. 5541)                         JUSTIN J. BUSTOS (NV Bar No. 10320)
E-mail: sweide@weidemiller.com                           Email: jbustos@dickinsonwright.com
F. Christopher Austin (NV Bar No. 6559)                  DICKINSON WRIGHT PLLC
Email: caustin@weidemiller.com                           100 West Liberty Street, Suite 940
WEIDE & MILLER, LTD.                                     Reno, NV 89501-1991
Bank of Nevada Building                                  Telephone: (775) 343-7500
5th Floor, Suite 530                                     Facsimile: (844) 670-6009
7251 West Lake Mead Blvd.
Las Vegas, NV 89128                                      HEIDI L. KEEFE (CA Bar No. 178960)
Phone: (702) 382-4804                                    Email: hkeefe@cooley.com
Facsimile: (702) 382-4805                                MARK R. WEINSTEIN (CA Bar No. 193043)
                                                         Email: mweinstein@cooley.com
Frederick S. Berretta (pending *pro hac vice*)           LOWELL D. MEAD (CA Bar No. 223989)
E-mail: fred.berretta@knobbe.com                         (lmead@cooley.com)
Edward C. Johnson (pending *pro hac vice*)               PHILIP H. MAO (CA Bar No. 300711)
E-mail: eddie.johnson@knobbe.com                         Email: pmao@cooley.com
KNOBBE, MARTENS, OLSON & BEAR, LLP                       COOLEY LLP
12790 El Camino Real                                     3175 Hanover Street
San Diego, CA 92130                                      Palo Alto, CA 94304-1130
Phone: (858) 707-4000                                    Telephone: (650) 843-5000
Facsimile: (858) 707-4001                                Facsimile: (650) 849-7400

*Attorneys for Plaintiff*                                *Attorneys for Defendant*
*Silver State Intellectual Technologies, Inc.*           *Facebook, Inc.*

                                                         IT IS SO ORDERED.

                                                         UNITED STATES MAGISTRATE JUDGE

                                                         Dated: April 18, 2017

RENO 74750-1 15618v1

## CERTIFICATE OF SERVICE

The undersigned, an employee of Dickinson Wright PLLC, hereby certifies that on the 17th day of April, 2017, a copy of the **STIPULATION TO EXTEND TIME FOR FACEBOOK, INC. TO ANSWER THE COMPLAINT [FIRST REQUEST]** was served electronically to all parties of interest through the Court's CM/ECF system as follows:

F. Christopher Austin
R. Scott Weide
Weide & Miller, Ltd.
7251 W. Lake Mead Blvd.
Suite 530
Last Vegas, NV 89128
caustin@weidemiller.com

Frederick S. Berretta
Edward C. Johnson
Knobbe Martens Olson & Bear LLP
12790 El Camino Real
San Diego, CA 92130
Fred.berretta@kmob.com

/s/ Cindy S. Grinstead
An employee of Dickinson Wright PLLC