| | |
|---|---|
| 1 | JUSTIN J. BUSTOS (NV Bar No. 10320) |
| | Email:  jbustos@dickinsonwright.com |
| 2 | DICKINSON WRIGHT PLLC |
| | 100 West Liberty Street, Suite 940 |
| 3 | Reno, NV  89501-1991 |
| | Telephone:  (775) 343-7500 |
| 4 | Facsimile:  (844) 670-6009 |
| 5 | HEIDI L. KEEFE (CA Bar No. 178960) (*Pro Hac Vice Forthcoming*) |
| | Email: hkeefe@cooley.com |
| 6 | MARK R. WEINSTEIN (CA Bar No. 193043) (*Pro Hac Vice Forthcoming*) |
| | Email:  mweinstein@cooley.com |
| 7 | LOWELL D. MEAD (CA Bar No. 223989) (*Pro Hac Vice Forthcoming*) |
| | (lmead@cooley.com) |
| 8 | PHILIP H. MAO (CA Bar No. 300711) (*Pro Hac Vice Forthcoming*) |
| | Email: pmao@cooley.com |
| 9 | COOLEY LLP |
| | 3175 Hanover Street |
| 10 | Palo Alto, CA  94304-1130 |
| | Telephone:     (650) 843-5000 |
| 11 | Facsimile:      (650) 849-7400 |

*Attorneys for Defendant Facebook, Inc.*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| SILVER STATE INTELLECTUAL TECHNOLOGIES, INC., | Case No. 2:17-cv-643-RFB-PAL |
| Plaintiff, | **STIPULATION AND JOINT REQUEST TO TRANSFER ACTION TO THE U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA;** |
| v. | |
| FACEBOOK, INC., | **[PROPOSED] ORDER THEREON** |
| Defendant. | |

**WHEREAS** plaintiff Silver State Intellectual Technologies, Inc. ("Plaintiff") filed this suit for alleged patent infringement on March 1, 2017;

**WHEREAS** defendant Facebook, Inc. ("Defendant") filed a motion on May 15, 2017 seeking, among other things, transfer of this action to the U.S. District Court for the Northern District of California pursuant to 28 U.S.C. § 1400(b) and 28 U.S.C. § 1406 [ECF No. 14];

**WHEREAS** on May 19, 2017, Plaintiff filed a First Amended Complaint [ECF No. 17];

**WHEREAS** on May 22, 2017, the United States Supreme Court decision handed down *TC Heartland LLC v. Kraft Foods Group Brands LLC*, No. 16-341 (May 22, 2017), with respect to the proper venue in patent infringement cases under 28 U.S.C. § 1400(b); and

**WHEREAS** in light of the Supreme Court's decision in *TC Heartland*, the parties have agreed to transfer this action to the U.S. District Court for the Northern District of California;

**NOW THEREFORE**, Plaintiff and Defendant, through their respective counsel of record, hereby stipulate and request that the Court order as follows:

1. This action is hereby **TRANSFERRED** to the U.S. District Court for the Northern District of California pursuant to 28 U.S.C. § 1406(a); and

2. Defendant shall have until fourteen (14) days after completion of the transfer to the Northern District of California to answer or otherwise respond to the Amended Complaint.

**IT IS SO STIPULATED.**

Dated: May 23, 2017                                  Respectfully submitted,

| | |
|---|---|
| /s/ *Frederick S. Berretta* | /s/ *Justin J. Bustos* |
| R. Scott Weide (NV Bar No. 5541) | JUSTIN J. BUSTOS (NV Bar No. 10320) |
| E-mail: sweide@weidemiller.com | Email: jbustos@dickinsonwright.com |
| F. Christopher Austin (NV Bar No. 6559) | DICKINSON WRIGHT PLLC |
| Email: caustin@weidemiller.com | 100 West Liberty Street, Suite 940 |
| WEIDE & MILLER, LTD. | Reno, NV 89501-1991 |
| Bank of Nevada Building | Telephone: (775) 343-7500 |
| 5th Floor, Suite 530 | Facsimile: (844) 670-6009 |
| 7251 West Lake Mead Blvd. | |
| Las Vegas, NV 89128 | HEIDI L. KEEFE (CA Bar No. 178960) |
| Phone: (702) 382-4804 | (*Pro Hac Vice Forthcoming*) |
| Facsimile: (702) 382-4805 | Email: hkeefe@cooley.com |
| | MARK R. WEINSTEIN (CA Bar No. 193043) |
| Frederick S. Berretta (admitted *pro hac vice*) | (*Pro Hac Vice Forthcoming*) |
| E-mail: fred.berretta@knobbe.com | Email: mweinstein@cooley.com |
| Edward C. Johnson (admitted *pro hac vice*) | LOWELL D. MEAD (CA Bar No. 223989) |
| E-mail: eddie.johnson@knobbe.com | (*Pro Hac Vice Forthcoming*) |
| KNOBBE, MARTENS, OLSON & BEAR, LLP | (lmead@cooley.com) |
| 12790 El Camino Real | PHILIP H. MAO (CA Bar No. 300711) |
| San Diego, CA 92130 | (*Pro Hac Vice Forthcoming*) |
| Phone: (858) 707-4000 | Email: pmao@cooley.com |

Facsimile: (858) 707-4001

*Attorneys for Plaintiff
Silver State Intellectual Technologies, Inc.*

COOLEY LLP
3175 Hanover Street
Palo Alto, CA  94304-1130
Telephone: (650) 843-5000
Facsimile: (650) 849-7400

*Attorneys for Defendant
Facebook, Inc.*

**IT IS SO ORDERED:**

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED:  June 7, 2017

# CERTIFICATE OF SERVICE

The undersigned, an employee of Dickinson Wright PLLC, hereby certifies that on the 23rd day of May, 2017, a copy of the **STIPULATION AND JOINT REQUEST TO TRANSFER ACTION TO THE U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA; [PROPOSED] ORDER THEREON** was served electronically to all parties of interest through the Court's CM/ECF system as follows:

| | |
|---|---|
| F. Christopher Austin<br>R. Scott Weide<br>Weide & Miller, Ltd.<br>7251 W. Lake Mead Blvd.<br>Suite 530<br>Last Vegas, NV 89128<br>caustin@weidemiller.com | Frederick S. Berretta<br>Edward C. Johnson<br>Knobbe Martens Olson & Bear LLP<br>12790 El Camino Real<br>San Diego, CA 92130<br>Fred.berretta@kmob.com |

                                            /s/ Cindy S. Grinstead
                                        An employee of Dickinson Wright PLLC

RENO 74750-1 16400v1